51,903-02

Johnny Sloan, Jr.
MCCONNELL UNIT #1004291
3001 South Emily Drive
Beeville, Texas 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 20 2015

Abel Acosta, Clerk

August 18, 2015

OFFICE OF THE CLERK
ABEL ACOSTA, Clerk
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE:     WR-51,903-02,  Status quo
        IN RE JOHNNY SLOAN, JR., Relator

Honorable Abel Acosta, Clerk:

In reference to the above Cause Number, Relator received this Court of Criminal Appeals original order dated May 6, 2015. Relator received the Court's second Order dated June 24, 2015. Both orders was in response to Relator Mandamus held in abeyance concerning more than 35 days elapsed in forwarding his Writ of Habeas Corpus under WOO-01283-Q(A), in the 204th district Court from Dallas County, Texaas.

The Honorable Court first and second Order directed Respondent, the District Clerk of Dallas County, "is ordered to file a response." Both orders granted 30 days for such response from the May 6, and June 24, 2015, issue date. With June 24, 2015, being the relevant order, 30 days from such would expire July 24, 2015. Todays date is August 18, 2015 and Relator has received no notice of service of Respondent response.

Therefore, Relator addresses this Office of the Clerk for disposition, or Status quo in this matter standing before the Honorable Court of Criminal App., and look forward to your response.

Sincerely,

Johnny Sloan, Jr.
RELATOR

cc:     files